No. 90–472.   NATIONAL FABRICATORS, INC. v. NATIONAL LABOR RELATIONS BOARD, *ante*, p. 1024;

No. 90–569.   NAACP, DETROIT BRANCH, ET AL. v. DETROIT POLICE OFFICERS ASSN. ET AL., *ante*, p. 983;

No. 90–5886.   CROUCH v. AMERICAN NATIONAL BANK ET AL., *ante*, p. 1030;

No. 90–6024.   VAUGHAN v. ROCK CHURCH, INC., *ante*, p. 1031;

No. 90–6044.   BAXTER v. KEMP, WARDEN, *ante*, p. 1041;

No. 90–6173.   BIENVILLE v. UNITED STATES, *ante*, p. 1049; and

No. 90–6608.   IN RE BRIGHT, *ante*, p. 1065.   Petitions for rehearing denied.

No. 90–5278.   GORDON v. AGNOS ET AL., *ante*, p. 869.   Petition for rehearing denied.   JUSTICE SOUTER took no part in the consideration or decision of this petition.

FEBRUARY 27, 1991

No. 87–1821.   MODJESKI & MASTERS v. CARTER ET AL.   Sup. Ct. La.   [Probable jurisdiction noted, 487 U. S. 1217.]   Appeal dismissed under this Court's Rule 46.

No. 90–394.   CLINTON, GOVERNOR OF ARKANSAS, ET AL. v. JEFFERS ET AL.   Appeal from D. C. E. D. Ark. dismissed under this Court's Rule 46.

No. 87–1821.   MODJESKI & MASTERS v. CARTER ET AL.   Sup. Ct. La.   [Probable jurisdiction noted, 487 U. S. 1217.]   In light of the dismissal of the appeal pursuant to Rule 46 of the Rules of this Court, *supra*, the motion of appellant to vacate the stay of execution of judgment entered May 2, 1988 [485 U. S. 1031], is granted, and the stay is hereby vacated.

FEBRUARY 28, 1991

No. A–656 (90–7199).   MADDEN v. TEXAS.   Ct. Crim. App. Tex.   Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, granted pending the disposition by this Court of the petition for writ of certiorari.   Should the petition for writ of certiorari be de-